UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THERESA PEREZ, JULIANA RIVERA,
JUAN PEREZ, AKLIMA KHATUN,

                Plaintiffs,

                                                    ORDER
       -against-                                      05 CV 1725 (ILG) (VVP)

JASPER TRADING, INC., M. AHMED,
SALINA KHAN, a/k/a "RIPA,"

                Defendants.
------------------------------------------------------------x
GLASSER, United States District Judge:

       In a Report and Recommendation dated November 27th, 2007, Magistrate Judge Pohorelsky recommends that judgment be entered in favor of the plaintiffs against the defendants as follows:

       1. Awarding Teresa Perez $15,158.14 for back pay, $1,359.60 for spread-of-hours pay, $15,498.04 in liquidated damages, $5,000 in compensatory damages and $5,000 in punitive damages;

       2. Awarding Juliana Rivera $13,907.34 in back pay, $1,236 for spread-of-hours pay, $14,216.34 in liquidated damages, $15,000 in compensatory damages and $5,000 in punitive damages.

       3. Awarding Juan Perez $13,907.34 for back pay, $1,236 for spread-of-hours pay, $14,216.34 in liquidated damages, $2,500 in compensatory damages and $5,000 in punitive damages;

       4. Awarding Aklima Khatun $24,780.80 for back pay; $1,153.60 for spread-of-hours pay, $25,069.20 in liquidated damages, $30,000 in compensatory damages and $15,000 in punitive damages and;

5. Awarding plaintiffs $12,048 for attorney's fees.

Any objections were to be filed with the Clerk of Court within ten days of receipt of the Report. Failure to file objections within the specified time waives the right to appeal any judgment or ordered entered by the District Court in reliance on the said Report and Recommendation. As of this date, no objection has been filed.

The Report and Recommendation which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and the Clerk of Court is directed to enter judgment in favor of plaintiffs accordingly.

Counsel for plaintiffs shall serve a copy of this Order on the defendants by regular mail and file proof of such service in the record.

SO ORDERED.

Dated:   Brooklyn, New York
         December 17th, 2007

_____S/_____
I. Leo Glasser